IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GREAT WESTERN BANK, Successor-In-Interest to the Loans of Tierone Bank, a South Dakota corporation;<br><br>  Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC., a New York corporation;<br><br>  Defendant. | 4:12CV3202<br><br>**ORDER** |

This matter is before the court on proposed intervenor Bank of America, N.A.'s ("BANA") motion to intervene in this action. (Filing No. 74). BANA's motion was filed on November 19, 2012. Pursuant to NECivR. 7.1(b)(1)(B) the parties had fourteen (14) in which to respond to BANA's motion. No objection has been filed and BANA's motion is deemed unopposed.

Accordingly,

IT IS ORDERED, Bank of America, N.A.'s motion to intervene (Filing No. 74) is granted. Bank of America shall file its Complaint in Intervention on or before December 17, 2012.

Dated this 13th day of December, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge